B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Melton, Joel E.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Melton, Shannon R.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0204** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7150** |
| Street Address of Debtor (No. and Street, City, and State):<br>**13496 South Avenue 4E**<br>**Yuma, AZ**<br>ZIP Code **85365** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**13496 South Avenue 4E**<br>**Yuma, AZ**<br>ZIP Code **85365** |
| County of Residence or of the Principal Place of Business:<br>**Yuma** | County of Residence or of the Principal Place of Business:<br>**Yuma** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Thomas H. Allen 11160 e-mail: tallen@asbazlaw.com *** THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Melton, Joel E.**<br>**Melton, Shannon R.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Melton, Joel E.** **Melton, Shannon R.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Joel E. Melton**
Signature of Debtor **Joel E. Melton**

**X /s/ Shannon R. Melton**
Signature of Joint Debtor **Shannon R. Melton**

_____
Telephone Number (If not represented by attorney)

**November 9, 2010**
Date

**Signature of Attorney***

**X /s/ Thomas H. Allen**
Signature of Attorney for Debtor(s)

**Thomas H. Allen 11160 e-mail: tallen@asbazlaw.com**
Printed Name of Attorney for Debtor(s)

**Allen, Sala & Bayne, PLC**
Firm Name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**

Address

**602-256-6000 Fax: 602-252-4712**
Telephone Number

**November 9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re **Joel E. Melton**
**Shannon R. Melton**
Debtor(s)

Case No. _____
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Joel E. Melton**
        **Joel E. Melton**
Date: **November 9, 2010**

Certificate Number: 01267-AZ-CC-012068504


01267-AZ-CC-012068504

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2010</u>, at <u>7:47</u> o'clock <u>PM CDT</u>, <u>Joel E Melton</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>August 20, 2010</u>           By:   <u>/s/Tiffany Pena</u>

                                        Name: <u>Tiffany Pena</u>

                                        Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re **Joel E. Melton**
**Shannon R. Melton**
Debtor(s)

Case No.
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com       Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Shannon R. Melton**
                         **Shannon R. Melton**

Date: **November 9, 2010**

Certificate Number: 01267-AZ-CC-012068503



01267-AZ-CC-012068503

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2010</u>, at <u>7:47</u> o'clock <u>PM CDT</u>, <u>Shannon R Melton</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>August 20, 2010</u>  By: <u>/s/Tiffany Pena</u>

Name: <u>Tiffany Pena</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Melton, Joel and Shannon -

AMERICAN EXPRESS
P.O. BOX 297879
FORT LAUDERDALE FL 33329-7879

AMERICAN EXPRESS
P.O. BOX 0001
LOS ANGELES CA 90096-0001

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO TX 79998-1535

ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE ST.
PHOENIX AZ 85007-2650

ARIZONA REGISTRAR OF CONTRACTORS
3838 N. CENTRAL AVENUE, SUITE 400
PHOENIX AZ 85012-1946

BILL BAISLEY
13655 S. AVENUE 14E
YUMA AZ 85367

BYRNE, BENESCH & VILLAREAL, PC
P.O. BOX 6446
YUMA AZ 85366-6446

CAPITAL ONE BANK
P.O. BOX 60599
CITY OF INDUSTRY CA 91716

CAPITAL ONE BANK (USA), N.A.
P.O. BOX 71083
CHARLOTTE NC 28272-1083

Melton, Joel and Shannon -

CITY OF YUMA
P.O. BOX 78324
PHOENIX AZ 85062-8324

CITY OF YUMA
ONE CITY PLAZA
P.O. BOX 13012
YUMA AZ 85366-3012

COMBO ALUMINUM
1100 NORTH JOHNSON AVENUE
EL CAJON CA 92020

D&B DRYWALL
4665 W. SHARON LANE
SOMERTON AZ 85350

DEX WEST
P.O. BOX 79167
PHOENIX AZ 85062-9167

DISNEY MOVIE CLUB
P.O. BOX 758
NEENAH WI 54957-0758

EASYYELLOWPAGES.COM
1 COLUMBUS CENTER
SUITE 600
VIRGINIA BEACH VA 23462

ELIMINATOR PLUMBING
3219 E. 33RD PLACE
YUMA AZ 85365

EMTEK PRODUCTS, INC.
P.O. BOX 31001-0823
PASADENA CA 91110-0823

Melton, Joel and Shannon -


FIFTH THIRD BANK  
P.O. BOX 630778  
CINCINNATI OH 45263


FIFTH THIRD BANK  
ATTN: REPOSSESSION DEPT.  
1850 E. PARIS MD ROPS05  
GRAND RAPIDS MI 49546


FIFTH THIRD BANK  
P.O. BOX 63900 CC3110  
CINCINNATI OH 45263-0900


FOXWORTH-GALBRAITH  
P.O. BOX 26386  
YUMA AZ 85367


GE MONEY BANK/CARE CREDIT  
P.O. BOX 960061  
ORLANDO FL 32896-0061


GEMB/LOWES  
P.O. BOX 530914  
ATLANTA GA 30353-0914


GEMB/LOWES  
P.O. BOX 530970  
ATLANTA GA 30353-0970


GEMB/SAM'S CLUB  
P.O. BOX 530981  
ATLANTA GA 30353-0981


GENERAL PARTITIONS MFG. CORP.  
P.O. BOX 8370  
1702 PENINSULA DRIVE  
ERIE PA 16505

Melton, Joel and Shannon -


GLOBAL CREDIT & COLLECTION CORP.
P.O. BOX 101928, DEPT. 2417
BIRMINGHAM AL 35210


GMAC
P.O. BOX 9001948
LOUISVILLE KY 40290


HARRIS, N.A.
P.O. BOX 6201
CAROL STREAM IL 60197-6201


HSBC/POLARIS
P.O. BOX 60107
CITY OF INDUSTRY CA 91716-0107


HUTTIG BUILDING PRODUCTS
P.O. BOX 51619
LOS ANGELES CA 90051


INTEGRITY FINANCIAL PARTNERS, INC.
4370 W. 109TH ST., STE. 100
LEAWOOD KS 66211


INTEGRITY FINANCIAL PARTNERS, INC.
P.O. BOX 1997
SOUTHGATE MI 48195-0997


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURE, MS#5013 PX
210 E. EARLL DRIVE
PHOENIX AZ 85012


JAMES B. REED, ESQ.
6225 N. 24TH STREET, #125
PHOENIX AZ 85016

Melton, Joel and Shannon -

JAVIER DELGADO
1620 PACIFIC AVENUE
YUMA AZ 85365

JELD-WEN MILLWORK
4300 PAYSPHERE CIRCLE
CHICAGO IL 60674

JILL A. COHEN MD, INC.
P.O. BOX 504482
SAINT LOUIS MO 63150-4482

KENYON PLASTERING
2560 E. 16TH STREET
YUMA AZ 85365

LINES & LUNDGREEN
12351 S. AVENUE 4E
YUMA AZ 85365

LUMBER PRODUCTS
P.O. BOX 28007
PORTLAND OR 97208

MAKARIOS, LLC
13496 SOUTH AVENUE 4E
YUMA AZ 85365

MAKARIOS, LLC DBA DORCO BUILDING SUPPLY
13496 SOUTH AVENUE 4E
YUMA AZ 85365

MISENHIMER AIVAZIAN & TENNANT
3150 CATALINA DRIVE
YUMA AZ 85364

Melton, Joel and Shannon -


MJL CONSTRUCTION & DEMOLITION, LLC
P.O. BOX 4641
YUMA AZ 85366


MOULDING & MILLWORKS
515 N. 51ST AVENUE, SUITE 170
PHOENIX AZ 85043


NORFIELD INDUSTRIES
44 COMANCHE CT.
CHICO CA 95928


NORTH SHORE AGENCY
4000 EAST FIFTH AVENUE
COLUMBUS OH 43219


ON TRACK OVERHEAD DOORS
2862 AVENUE B
YUMA AZ 85364


P H DOOR
619 S. HACIENDA, SUITE 6
TEMPE AZ 85281


PAMEX, INC.
4680 VINITA COURT
CHINO CA 91710


PARAMOUNT WINDOWS
550 W. SOUTHERN AVENUE
TEMPE AZ 85282


PAUL A. LOUCKS, ESQ.
MESCH CLARK & ROTHSCHILD PC
259 N. MEYER AVENUE
TUCSON AZ 85701-1090

Melton, Joel and Shannon -

REAL STONE SOURCE  
747 E. AVENUE L-8  
SUITE B  
LANCASTER CA 93535

RICHARD SPRAGUE  
C/O TITLE SECURITY AGENCY  
P.O. BOX 12038  
TUCSON AZ 85732

SAN DIEGO ORTHOPEDIC ASSOCIATES  
4060 FOURTH AVENUE, 7TH FLOOR  
SAN DIEGO CA 92103

SCOTT L. POTTER, ESQ.  
JACKSON WHITE  
40 N. CENTER, SUITE 200  
MESA AZ 85201

SELLER'S PETROLEUM PRODUCTS  
821 PACIFIC AVENUE  
YUMA AZ 85364

STEPHEN MELTON  
12146 E. 39TH STREET  
YUMA AZ 85367

STEVEN KOHMETSCHER  
2121 COUNTY 17TH  
YUMA AZ 85365

STRAUSS LOCK COMPANY  
4663 121ST STREET  
URBANDALE IA 50323

SUN ELECTRICAL  
P.O. BOX 1511  
YUMA AZ 85366

Melton, Joel and Shannon -

TAPIENOO, LLC
13496 S. AVENUE 4E
YUMA AZ 85365

TATERBUG, INC.
13496 S. AVENUE 4E
YUMA AZ 85365

THE FOOTHILLS BANK
11689 FOOTHILLS BLVD.
YUMA AZ 85367

UNITED RECOVERY SYSTEMS LP
5800 NORTH COURSE DRIVE
HOUSTON TX 77072

US BANK HOME MORTGAGE
4801 FREDERICA STREET
OWENSBORO KY 42301

USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-9876

USAA SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-9876

VALLEY SAND & GRAVEL
3206 E. HIGHWAY 95
YUMA AZ 85365

VERIZON WIRELESS
P.O. BOX 9622
MISSION HILLS CA 91346-9622

Melton, Joel and Shannon -


WALTER JONES, MD
P.O. BOX 969096
SAN DIEGO CA 92196


YUMA COUNTY TREASURER
410 MAIDEN LANE, SUITE C
YUMA AZ 85364


YUMA TRUSS CO.
3075 S. AVENUE 4E
YUMA AZ 85365